IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH COONEY, | No. C 12-6466 CW |
|      Plaintiff, | ORDER |
|     v. | CONDITIONALLY GRANTING PLAINTIFF'S MOTION |
| THE CALIFORNIA PUBLIC UTILITIES COMMISSION, ET AL., | TO SEAL |
|      Defendants. | |
| _____/ | |

        Plaintiff Deborah Cooney has filed a request that her Motion
for Leave to Proceed in forma pauperis be filed under seal because
the motion contains private financial information.  Because only
part of the Motion for Leave to Proceed in forma paupers contains
private information, Plaintiff must submit a public version of the
Motion with bank names and account balances redacted.  See Civ. L.
Rule 79-5(c).  Upon receipt of the properly redacted version of
the motion, the Court will grant the motion to seal and direct the
Clerk of the Court to file under seal the Motion for Leave to
Proceed in forma pauperis and to file in the public record the
redacted version.

        IT IS SO ORDERED.

Dated: 2/1/2013

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California