IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH COONEY,

    Plaintiff,

  v.

THE CALIFORNIA PUBLIC UTILITIES COMMISSION, ET AL.,

    Defendants.

_____/

No. C 12-6466 CW

ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION TO SEAL

Plaintiff Deborah Cooney has filed a request that her Motion for Leave to Proceed in forma pauperis be filed under seal because the motion contains private financial information. Because only part of the Motion for Leave to Proceed in forma paupers contains private information, Plaintiff must submit a public version of the Motion with bank names and account balances redacted. See Civ. L. Rule 79-5(c). Upon receipt of the properly redacted version of the motion, the Court will grant the motion to seal and direct the Clerk of the Court to file under seal the Motion for Leave to Proceed in forma pauperis and to file in the public record the redacted version.

    IT IS SO ORDERED.

Dated: 2/1/2013

CLAUDIA WILKEN
United States District Judge