IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH COONEY,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CALIFORNIA PUBLIC UTILITIES COMMISSION, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 12-6466 CW<br><br>ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTIONS TO SEAL (Docket Nos. 10, 12) |

    On February 1, 2013 and April 23, 2013, the Court conditionally granted Plaintiff's administrative motions to file under seal her applications to proceed in forma pauperis and directed her to file public versions of the IFP applications with bank names and account balances redacted.

    Plaintiff has now filed properly redacted versions of her IFP applications. Accordingly, the Court GRANTS Plaintiff's first and second administrative motions to seal her IFP applications. (Docket Nos. 10, 12). The Clerk of the Court shall seal Docket Numbers 3 and 13. The improperly redacted version of the first IFP shall be removed from the docket. (Docket No. 14).

    IT IS SO ORDERED.

Dated: 9/10/2013

CLAUDIA WILKEN
United States District Judge