United States District Court
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  DEBORAH COONEY,                          No. C 12-6466 CW

5        Plaintiff,                         ORDER GRANTING
                                            PLAINTIFF'S
6        v.                                 ADMINISTRATIVE
                                            MOTIONS TO SEAL
7                                           (Docket Nos. 10,
8  THE CALIFORNIA PUBLIC UTILITIES          12)
   COMMISSION, ET AL.,
9        Defendants.

10  _____/

11

12       On February 1, 2013 and April 23, 2013, the Court

13  conditionally granted Plaintiff's administrative motions to file

14  under seal her applications to proceed in forma pauperis and

15  directed her to file public versions of the IFP applications with

16  bank names and account balances redacted.

17       Plaintiff has now filed properly redacted versions of her IFP

18  applications.  Accordingly, the Court GRANTS Plaintiff's first and

19  second administrative motions to seal her IFP applications.

20  (Docket Nos. 10, 12).  The Clerk of the Court shall seal Docket

21  Numbers 3 and 13.  The improperly redacted version of the first

22  IFP shall be removed from the docket. (Docket No. 14).

23

24       IT IS SO ORDERED.

25

26  Dated:  9/10/2013

27                              _____
                                CLAUDIA WILKEN
28                              United States District Judge