IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH COONEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CALIFORNIA PUBLIC UTILITIES COMMISSION, ET AL.,<br><br>　　　　Defendants.<br>_____ / | No. C 12-6466 CW<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO CONTINUE (Docket No. 35) |

On October 2, 2013, pro se Plaintiff Deborah Cooney filed a motion to extend the October 4, 2013 deadline for her opposition to Defendant Itron Inc.'s Motion to Dismiss and continue the November 7, 2013 hearing date on that motion. Defendant Itron Inc. opposes the motion. Plaintiff states that substantial harm or prejudice would result from a denial of the requested continuance including "chilling settlement negotiations, preventing the Plaintiff from properly presenting the legal issues before the Court, interfering with the course of a FRCP Rule 11(c)(2) motion for sanctions, and allowing Defendant Itron's Counsel to continue harassing the Plaintiff through the course of this litigation."

The Court grants Plaintiff's motion to continue in part. Plaintiff's opposition to Defendant Itron Inc.'s Motion to Dismiss shall be filed on or before October 18, 2013. Defendant Itron's reply, if any, shall be filed on or before October 25, 2013. At

that time, the Court will take the motion under submission for decision without oral argument. The Court notes that Defendants California Public Utilities Commission, Kamala D. Harris, Michael Peevey and State of California have also filed a motion to dismiss. (Docket No. 26.) That motion is fully briefed and will also be taken under submission on the papers. The October 17, 2013 and November 7, 2013 hearing dates are hereby vacated.

IT IS SO ORDERED.

Dated: October 4, 2013

CLAUDIA WILKEN
United States District Judge