**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   DEBORAH COONEY,                              No. C 12-6466 CW

5          Plaintiff,                            ORDER GRANTING IN
                                                 PART PLAINTIFF'S
6       v.                                       MOTION TO CONTINUE
                                                 (Docket No. 35)
7

8   THE CALIFORNIA PUBLIC UTILITIES
    COMMISSION, ET AL.,

9          Defendants.

10   _____/

11

12       On October 2, 2013, pro se Plaintiff Deborah Cooney filed a

13   motion to extend the October 4, 2013 deadline for her opposition

14   to Defendant Itron Inc.'s Motion to Dismiss and continue the

15   November 7, 2013 hearing date on that motion.  Defendant Itron

16   Inc. opposes the motion.  Plaintiff states that substantial harm

17   or prejudice would result from a denial of the requested

18   continuance including "chilling settlement negotiations,

19   preventing the Plaintiff from properly presenting the legal issues

20   before the Court, interfering with the course of a FRCP Rule

21   11(c)(2) motion for sanctions, and allowing Defendant Itron's

22   Counsel to continue harassing the Plaintiff through the course of

23   this litigation."

24       The Court grants Plaintiff's motion to continue in part.

25   Plaintiff's opposition to Defendant Itron Inc.'s Motion to Dismiss

26   shall be filed on or before October 18, 2013.  Defendant Itron's

27   reply, if any, shall be filed on or before October 25, 2013.  At

28

1  that time, the Court will take the motion under submission for

2  decision without oral argument.  The Court notes that Defendants

3  California Public Utilities Commission, Kamala D. Harris, Michael

4  Peevey and State of California have also filed a motion to

5  dismiss.  (Docket No. 26.)  That motion is fully briefed and will

6  also be taken under submission on the papers.  The October 17,

7  2013 and November 7, 2013 hearing dates are hereby vacated.

8

9       IT IS SO ORDERED.

10

11  Dated: October 4, 2013

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2