IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH COONEY,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CALIFORNIA PUBLIC UTILITIES COMMISSION, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 12-6466 CW<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR RECONSIDERATION<br>(Docket No. 43) |

Plaintiff Deborah Cooney has filed a motion for leave to file a motion for reconsideration of the Court's October 4, 2013 order granting in part Plaintiff's motion to continue. The Court construes the motion as a motion for reconsideration and grants it in part. Plaintiff's opposition to Defendant Itron's Inc.'s Motion to Dismiss shall be filed on or November 15, 2013. Defendant Itron's reply, if any, shall be filed on or before November 22, 2013. At that time, the Court will take the motion under submission for decision without oral argument.

IT IS SO ORDERED.

Dated: 10/30/2013

                                    CLAUDIA WILKEN
                                    United States District Judge