IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH COONEY,   No. C 12-06466 CW

    Plaintiff,   JUDGMENT

  v.

CALIFORNIA PUBLIC UTILITIES COMM (CPUC),THE,

    Defendant.
_____/

    Judgment is hereby entered consistent with the Court's Order Denying Plaintiff's Motion for Default Judgment and Dismissing Claims Against Defendant San Diego Gas and Electric,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).  Each party shall bear its own costs.

    Dated at Oakland, California, this 15th day of September, 2014.

RICHARD W. WIEKING
Clerk of Court

By: _____

Deputy Clerk