UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH COONEY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CALIFORNIA PUBLIC UTILTIES COMMISSION, et al.,<br><br>    Defendants. | Case No.  12-cv-06466-CW<br><br>**AMENDED JUDGMENT**<br><br>Re: Dkt. No. 68 |

For the reasons set forth in this Court's Order Denying Plaintiff's Motion to Alter or Amend the Judgment and for Leave to File an Amended Judgment and for Leave to File an Amended Complaint,

IT IS ORDERED AND ADJUDGED

That Plaintiff Deborah Cooney take nothing, that Plaintiff's state law claims against Attorney General Harris and CPUC President Peevey are dismissed without prejudice to refiling in state court.  All other claims are dismissed with prejudice.  Each party shall bear its own costs.

**IT IS SO ORDERED.**

Dated:   November 26, 2014

CLAUDIA WILKEN
United States District Judge